UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SEANA CROMITIE,

                              Plaintiff,                                23-CV-8010 (LJL)

            -against-                                      **ORDER**

BLUE LION APPAREL, LLC,

                                Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A pre-settlement conference call in this matter is hereby scheduled for **Monday, March 4, 2024, at 11:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      **SO ORDERED.**

DATED:    New York, New York
               February 15, 2024

                                                                       _____
                                                                       VALERIE FIGUEREDO
                                                                       United States Magistrate Judge