UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SEANA CROMITIE,

                         **Plaintiff,**                        23-CV-8010 (LJL)

      -against-                               **ORDER**

BLUE LION APPAREL, LLC,

                       **Defendant.**
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference in this matter is hereby rescheduled for **Wednesday, January 15, 2025, at 10:00 a.m.,** because Defendant did not submit its pre-conference submission by the required deadline. Parties must attend the settlement conference in person, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference. The conference will be held in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.   Pre-conference submissions must be received by the Court no later than **January 8, 2025.**

      SO ORDERED.

DATED:     New York, New York
               October 3, 2024

                                                       _____
                                                       VALERIE FIGUEREDO
                                                       United States Magistrate Judge